JS-6

KRISTINE E. KWONG (#160944)
NATASHA WU (#286163)
MUSICK, PEELER & GARRETT, LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
(213) 629-7600
k.kwong@musickpeeler.com
n.wu@musickpeeler.com

SHANNON M. MCDONOUGH (admitted Pro Hac Vice)
PATRICK J. ROONEY (admitted Pro Hac Vice)
JAMIE P. BRIONES (admitted Pro Hac Vice)
ANNA M. SWIECICHOWSKI (admitted Pro Hac Vice)
FAFINSKI MARK & JOHNSON, P.A.
11095 Viking Drive, Suite 420
Eden Prairie, MN 55344
(952) 995-9500
shannon.mcdonough@fmjlaw.com
patrick.rooney@fmjlaw.com
jamie.briones@fmjlaw.com
anna.swiecichowski@fmjlaw.com

ATTORNEYS FOR PLAINTIFFS COMPSTAR INSURANCE SERVICES, LLC AND BENCHMARK INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| COMPSTAR INSURANCE SERVICES, LLC, and BENCHMARK INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT SPECIALTY INSURANCE SOLUTIONS LLC, BLAKE BAKER, CANDACE LONG, and DOES 1-20,<br><br>Defendants. | Case No: 2:25-cv-01096-CAS-CTSx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Christina A. Snyder<br>Magistrate: Christina T. Shay |

Based upon the parties' Joint Stipulation for Dismissal with Prejudice and upon all files, records, and proceedings herein:

**IT IS SO ORDERED** that the above action is dismissed with prejudice and without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 10, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE